JOSEPH B. FILIBERTO AND HOBBIE HEAT & POWER, INC.
v. TOWNSHIP OF CHESTER.

February 7, 1983.

Petition for certification denied.

HANNAH WHITE v. COLONIAL PENN INSURANCE COMPANY.

February 7, 1983.

Petition for certification granted.

POLICEMAN'S BENEVOLENT ASSOCIATION LOCAL NO. 145 v.
PUBLIC EMPLOYMENT RELATIONS COMMISSION AND
TOWNSHIP OF EAST BRUNSWICK.

February 7, 1983.

Petition for certification denied.   (See 187 *N.J.Super.* 202)

STATE OF NEW JERSEY v. PAUL SAMUEL STUART.

February 7, 1983.

Petition for certification denied.